FILED
United States Court of Appeals
Tenth Circuit

March 8, 2021

Christopher M. Wolpert
Clerk of Court

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

---

KRISTA EDMONDS-RADFORD,

    Plaintiff - Appellant,

v.

SOUTHWEST AIRLINES CO.,

    Defendant - Appellee.

No. 20-1132

---

**ORDER**

---

Before **MATHESON**, **EBEL**, and **MORITZ**, Circuit Judges.

---

    This matter was argued by counsel and submitted to the court. Katayoun Donnelly argued for the Appellant. Thomas Carroll argued for the Appellee.

    Entered for the Court

CHRISTOPHER M. WOLPERT
Clerk of the Court