No. 20-1132

## IN THE UNITED STATES COURT OF APPEALS
## FOR THE TENTH CIRCUIT
_____

**KRISTA EDMONDS-RADFORD**, Plaintiff-Appellee,

v.

**SOUTHWEST AIRLINES CO.,** Defendant-Appellant

_____

### UNOPPOSED MOTION FOR EXTENSION OF TIME
### TO FILE A PETITION FOR REHEARING
_____

Plaintiff-Appellant Krista Edmonds-Radford, pursuant to 10th Cir. R. 27.5,

moves for an extension of time until October 28, 2021 to file a petition for

rehearing, pursuant to Fed. R. App. P. 35. As grounds she states:

1.  The petition is currently due on September 30, 2021.

2.  The extension of time is necessary because of the undersigned attorneys'

    press of other client business. Since the issuance of the Panel's decision on

    September 16, 2021, the undersigned counsel Katayoun Donnelly, among

    other things, has been responsible for drafting a petition for *en banc* hearing

    in *Ralston v. Cannon,* 19-1146 (10th Cir., filed Sep. 21, 2021); two reply

    briefs in *Doe v. Wang*, Civil Action No. 1:20-cv-02765-RMR-MEH (D.

    Colo., due Sep. 28 and 30, 2021); an opening brief in *Becker v. Town of

    Castle Rock*, 2021CA902 (COA, due Oct. 6, 2021); and a petition for writ of

certiorari in *People in Interest of J G*, 2020CA800 (COA, due Oct. 22, 2021).

3. Similarly, the undersigned counsel Blain Myhre, is appointed counsel for Defendant-Appellant in *United States v. Palms*, No. 20-5072, in this Court, an appeal in a human trafficking case in which the defendant received a 235-month sentence. Oral argument in Palms took place September 21, and Mr. Myhre had to spend virtually all working time in the last week, including weekend days, to prepare for that argument. In addition, he is counsel for a beneficiary party in *In re Estate of Beren*, No. 1996PR100401, in the Denver Probate Court. *Beren* is a complex, 25-year-old probate case on remand from the Colorado Supreme Court and Colorado Court of Appeals. Mr. Myhre had to prepare and submit a detailed objection to a trustee's plan of distribution in that matter by September 9, 2021. Mr. Myhre is also appointed counsel for respondent mother in *People in the Interest of E.P. and concerning J.P.*, No. 2021CA842, in the Colorado Court of Appeals, an appeal of the trial court's termination of respondent mother's parental rights. Such proceedings are expedited in Colorado, see C.A.R. 3.4, and he must file the reply brief in that appeal by October 5, 2021, with no further extensions permitted. In addition, he is a retained appellate standard of

care expert in a state court post-conviction proceeding under Colo. Crim.

P. Rule 35(c), *People v. Ocampo*, No. 2011CR2805, Adams County

District Court. The evidentiary hearing in that case is set for October 8,

2021, in Adams County District Court, and Mr. Myhre will have to testify

in that hearing.  Mr. Myhre will also be out of town September 23-28 for

a long-planned and prepaid vacation weekend in Vermont.

4.  The extension would allow the undersigned counsel the time necessary to

effectively contribute to all open matters, including this petition.

5.  Ms. Edmonds-Radford has conferred with counsel for Appellee. Appellee

does not object.

Based on the foregoing, Ms. Edmonds-Radford requests an extension of time

until October 28, 2021 to file a petition for rehearing.


Respectfully submitted this 27th day of September 2021.


/s/ Katayoun A. Donnelly
Katayoun A. Donnelly
*Pro bono court-appointed counsel*
2373 Central Park Blvd., Suite 100
Denver, CO  80238
Phone: (720) 675-8584
Email: katy@kdonnellylaw.com

Blain Myhre
*Blain Myhre LLC*
PO Box 3600
Englewood, CO 80155
(303) 250-3932
blainmyhre@gmail.com


COURT-APPOINTED ATTORNEYS FOR PLAINTIFF-
APPELLANT


## CERTIFICATE OF DIGITAL SUBMISSION

I hereby certify that with respect to the foregoing:

(1) all required privacy redactions have been made;

(2) if required to file additional hard copies, that the ECF submission is an exact copy of those documents;

(3) the digital submissions have been scanned for viruses with the most recent version of a commercial virus scanning program and according to the program are free of viruses.

*s/ Katayoun A. Donnelly*_____
*Katayoun A. Donnelly*

# CERTIFICATE OF SERVICE

I hereby certify that on September 27, 2021, a copy of the foregoing was served via CM/ECF on counsel of record.


*s/ Katayoun A. Donnelly*_____
*Katayoun A. Donnelly*