FILED  
United States Court of Appeals  
Tenth Circuit  

September 29, 2021  

Christopher M. Wolpert  
Clerk of Court

# UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

---

KRISTA EDMONDS-RADFORD,

    Plaintiff - Appellant,

v.

SOUTHWEST AIRLINES CO.,

    Defendant - Appellee.

No. 20-1132  
(D.C. No. 1:16-CV-02860-LTB-STV)  
(D. Colo.)

---

## ORDER

---

Before **MATHESON**, **EBEL**, and **MORITZ**, Circuit Judges.

---

This matter is before the court on Appellant's Motion for Extension of Time to File a Petition for Rehearing. The motion is granted as requested. The Petition for Rehearing shall be filed on or before October 28, 2021.

Entered for the Court

CHRISTOPHER M. WOLPERT, Clerk